# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOREGE MARQUEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FCA US, LLC,<br><br>　　　　　　　　　Defendant. | Case No. 24-cv-0255-BAS-SBC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br>**(ECF No. 10)** |

　　　Pending before the Court is the parties' joint motion pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss the above-captioned action. (ECF No. 10.)

　　　Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment or (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P.

1  41(a)(1)(B).  However, the local civil rules of this district require that where, as here,
2  litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule
3  41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion.  *See* CivLR 7.2.
4      Having considered the parties' submission, the Court **GRANTS** the Joint Motion.
5  (ECF No. 10.)  Thus, the Court **DISMISSES WITH PREJUDICE** the action against
6  Defendant.  The Clerk of Court is directed to close the case.
7      **IT IS SO ORDERED.**

9  **DATED: August 13, 2024**

Hon. Cynthia Bashant
United States District Judge